# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| La Parilla, Inc., a Minnesota Corporation, and Paul Selle,<br><br>                              Plaintiffs,<br><br>v.<br><br>Jones Lang LaSalle Americas, Inc., The Equitable Life Assurance Society of the United States, and PPF RTL Rosedale Shopping Center, LLC, a Delaware limited liability company,<br><br>                              Defendants. | Court File No. 04-4080 (MJD/AJB)<br><br>**ORDER** |

Pursuant to the foregoing Stipulation of the Parties, the claims asserted by the Parties in this action are hereby dismissed with prejudice, and with the Parties bearing their own costs, expenses, disbursements and attorneys' fees.

LET THE JUDGMENT BE ENTERED ACCORDINGLY.


DATED:  October 20, 2006          BY THE COURT:


                                   s / Michael J. Davis
                                   The Honorable Michael J. Davis
                                   Judge of United States District Court
                                   District of Minnesota


1954997v1